

# In the Missouri Court of Appeals
# Eastern District

APRIL 8, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED99362      STANLEY J. WRIGHT, APP V STATE OF MISSOURI, RES

2.      ED99416 STATE OF MISSOURI, RES V. JEREMY R. HARLEY, APP

3.      ED99792 STATE OF MISSOURI, RES V DARY MCCOY, APP

4.      ED99937 JACOB FELDMAN, APP V STATE OF MISSOURI, RES

5.      ED99992 JACKIE ROBINSON, APP V STATE OF MISSOURI, RES

6.      ED100101 IN RE:  THE ESTATE OF ELVADINE RIDGEWAY

7.      ED100131 MARK HALL, APP V STATE OF MISSOURI, RES

8.      ED100391 DARRYL L. MOORE, APP V STATE OF MISSOURI, RES

9.      ED100548 LONNIE SNELLING, APP V. GREGORY BROOKS, ET AL, RES